# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY, | No. 2:18-CV-2254-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ROD DAVIS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). Here, the claim(s) arose at San Quentin State Prison in Marin County, which is within the boundaries of the United States District Court for the Northern District of

1 | California. Therefore, the court finds that this action most appropriately proceeds in that district.
2 | In the interest of justice, the court will transfer this case. See 28 U.S.C. § 1406(a).
3 |      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
4 | United States District Court for the Northern District of California.

DATED: August 22, 2018

                                                                                                                                                                                                    _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE